IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ROOR INTERNATIONAL, BV and )
STREAM, INC., )
                Plaintiffs, )     19-cv-5023
                     )
v. )     Judge Chang
                     )
CIRCLE S MART, INC. and ISSAM BATNIJ, )
                     )
              Defendants. )

## STATUS REPORT

This status report is being submitted by Plaintiff only, at this time, Defendant was served

on September 5, 2019, and answer or appearance is due September 26, 2019.

**1.**    **The Nature of the Case**

     A     *Identify the attorneys of record for each party, including the lead trial attorney.*

          <u>For the Plaintiff</u>                <u>For the Defendants</u>

          Christopher V. Langone         No counsel of Record Yet
          17 N. Wabash, Ste. 500
          Chicago, IL 60602
          (312) 344-1945
          langonelaw@gmail.com
          (lead trial counsel – member of trial bar)

     B.    *State the basis for federal jurisdiction.*

          Federal Question Jurisdiction exists under 28 U.S.C. 1331 as the claims arise

          under federal law: the Lanham Act, 15 U.S.C. 1051 and unfair competition, 15

          U.S.C. 1121.

     C.    *Describe the nature of the claims asserted in the complaint and any*
            *Counterclaims.*

          Trademark infringement and counterfeiting under 15 U.S.C 1114 (count I) and

          15 U.S.C. 1116(d) (Count II), false designation of origin, 15 U.S.C. 1125(a).

D.  *State the major legal and factual issues in the case.*

Whether Defendant offered for sale counterfeit goods under an infringing mark and where such sale was likely to deceive consumers into purchasing inferior goods; the amount of damages and terms of injunction.

E.  *Describe the relief sought by the plaintiff(s).*

Statutory damages; injunction; accounting; reasonable attorney's fees and costs.

**2.  Pending Motions and Case Plan**

A.  *Identify All Pending Motions*

There are no pending motions.

B.  *Submit a proposal for a discovery plan, including the following information:*

1.  The general type of discovery needed;

Sale of infringing product; damages.

2.  A date for Rule 26(a)(1) disclosures;

Plaintiff currently proposes 45 days after Defendant appears

3.  A date to issue written discovery;

Plaintiff currently proposes 45 days after Defendant appears

4.  A fact discovery completion date;

Plaintiff will propose March 15, 2020

5.  If there will be expert discovery, an expert discovery completion date, including dates for the delivery of expert reports; and

Plaintiff will propose an expert disclose date of April 15, 2020 and close of expert discovery June 30, 2020.

6.  *A date for the filing of dispositive motions.*
    Plaintiff will propose July 31, 2020

    *C.*    *With respect to trial, indicate whether a jury trial is requested and the probable length of trial.*

Plaintiff estimates 2 days for trial.

**3.**    **Consent to Proceed Before a Magistrate Judge**

    A.    *Indicate whether the parties consent unanimously to proceed before a Magistrate Judge.*

Plaintiff will await until Defendant is served to ascertain Defendant's position on this.

**4.**    **Status of Settlement Discussions**

    A.    *Indicate whether any settlement discussions have occurred*;

Not as of now, but Plaintiff will initiate such discussions after Defendant appears.

    B.    *Describe the status of any settlement discussions*; and

Plaintiff will await until Defendant is served to ascertain Defendant's position on this.

    *C.*    *Whether the parties request a settlement conference.*

Plaintiff will await until Defendant is served to ascertain Defendant's position on this.

Respectfully Submitted,
/s/ Christopher V. Langone

Christopher V. Langone
17 N. Wabash, Ste. 500
Chicago, IL 60601
(312) 344-1945