# AFFIDAVIT OF SERVICE

| Case:<br>19-CV-5023 | Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS | County:<br>Cook, IL | Job:<br>3737044 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>RooR Internation BV and Sream, Inc | | Defendant / Respondent:<br>CIRCLE S MART and ISSAM BATNIJ | |
| Received by:<br>LawLabs, LLC | | For:<br>The Ticktin Law Group, PLLC | |
| To be served upon:<br>ISSAM BATNIJ | | | |

I, Maliha Iqbal, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: ISSAM BATNIJ, Company: 4754 W. North Ave, Chicago, IL 60614
Manner of Service: Personal/Individual, Sep 5, 2019, 11:19 am CDT
Documents: Summons, Amended Complaint, Exhibits, MIDP & Standing Orders

Additional Comments:
1) Successful Attempt: Sep 5, 2019, 11:19 am CDT at Company: 4754 W. North Ave, Chicago, IL 60614 received by ISSAM BATNIJ. Ethnicity: Middle Eastern; Gender: Male; Height: 5'10"; Hair: Black; Eyes: Brown; Other: Wearing glasses and checkered blue shirt.;

_____    09/05/19
Maliha Iqbal                                       Date

LawLabs, LLC
3033 N Clark St
Chicago, IL 60657
877-824-3586